## LAGERGREN v. NATIONAL COKE & COAL CO.

(Supreme Court, Appellate Term. May 27, 1909.)

HUSBAND AND WIFE (§ 209*) — PERSONAL INJURIES TO WIFE — RECOVERY BY HUSBAND.

A husband, whose wife sustained injuries because of the negligence of another, may recover from the latter the damages suffered by the loss of her society and for medical expenses incurred in consequence of such injuries.

[Ed. Note.—For other cases, see Husband and Wife, Cent. Dig. §§ 767, 768; Dec. Dig. § 209.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Gustave Lagergren against the National Coke & Coal Company and others. From a judgment for plaintiff, the defendant the National Coke & Coal Company appeals. Modified and affirmed.

Argued before DAYTON, SEABURY, and LEHMAN, JJ.

William A. Jones, Jr. (Irving W. Teeple, of counsel), for appellant.

Prince & Nathan (Alfred B. Nathan, of counsel), for respondent.

LEHMAN, J. The plaintiff has shown by a preponderance of evidence that the injuries sustained by his wife were due to the negligence of the appellant. He is entitled to the damages he has sustained by the loss of her society and for the medical expenses. The proof of the medical expenses included proof of payment of $50 to a physician who was called to attend the plaintiff's wife more than one year after the accident, and his services were not properly connected with the accident. The verdict of $250 should therefore be reduced to $200.

Judgment modified as indicated, and affirmed as modified, without costs to either party. All concur.